IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GIOVANNI SALAZAR,

    Plaintiff,

v.        No. 23-cv-0328-JB-KRS

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO, *et al*,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* following Plaintiff's release from custody. Plaintiff filed his Amended Prisoner Civil Complaint (Doc. 4) while incarcerated at the Metropolitan Detention Center (MDC) in Albuquerque, New Mexico. The MDC inmate locator website reflects Plaintiff is no longer in custody at MDC, and he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* https://viaintfacep2.bernco.gov/custodylist/Results.

Accordingly, **IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall notify the Clerk in writing of his new address or show cause why this case should not be dismissed. The failure to timely comply may result in dismissal of this action without further notice.

IT IS SO ORDERED this 28th day of October, 2024.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE